# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

(1) MARGARET JOHNSON, as co-administrator for the Estate of Matthew Kelley,

    Plaintiff,

v.

(2) BOARD OF COUNTY COMMISSIONERS FOR CREEK COUNTY, OKLAHOMA, et al.

    Defendants.

Case No.: 13-CV-509-GKF

## NOTICE

Plaintiff, Margaret Johnson as co-administrator for the Estate of Matthew Kelley, submits the following notice to apprise the Court that the parties have reached an agreement upon settlement. Plaintiff anticipates filing a dismissal with prejudice as to all claims and all parties upon the execution of mutual releases.

    Respectfully submitted,

    BRYAN & TERRILL

    *s/J. Spencer Bryan*
    J. Spencer Bryan, OBA # 19419
    Steven J. Terrill, OBA # 20869
    Bryan & Terrill Law, PLLC
    9 East 4th St., Suite 307
    Tulsa, OK 74103
    Tele:  (918) 935-2777
    Fax:   (918) 935-2778
    jsbryan@bryanterrill.com
    sjterrill@bryanterrill.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, I transmitted the forgoing instrument via electronic mail to the following:

| | |
|---|---|
| Amber Garrett<br>amber@garrettlawcenter.com | Scott Wood<br>okcoplaw@aol.com |
| Benjamin Reed<br>breed@bestsharp.com | Steven Terrill<br>sjterrill@bryanterrill.com |
| Mitchell Garrett , Jr<br>mitchell@garrettlawcenter.com | Thomas LeBlanc<br>tleblanc@bestsharp.com |

                                         *s/J. Spencer Bryan*
                                         J. Spencer Bryan